# HEARING MINUTES AND ORDER

**Cause Number**: CR-04-514

**Style**: United States of America v. Greg Singleton, *et al.*,

**Appearances**:

| Counsel: | Representing: |
|---|---|
| John Lewis/Belinda Beck | Government |
| Paul Nugent | Defendant Singleton |
| Chris Flood/Charles Flood | Defendant Valencia |

**Date**: April 26, 2005         **Ct. Reporter**: ERO
**Time**: 9:00 a.m. - 9:15 a.m.     **Interpreter**:

**At the hearing the Court made the following rulings**:

Pretrial conference held.

Court declares this case as complex. The Court makes speedy trial findings: Counsel for Defendants seek additional time for analysis of the Government's evidence and preparation of a defense. Failure to grant the requested continuance in this proceeding will likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(i). Thus, the interests of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The Court finds that a period of excludable delay commenced on **December 17, 2004** and will continue until trial in this matter. *See* 18 U.S.C. §§ 3161(h)(8)(A) and (B).

**Amended scheduling order as follows:**
Defendants Motions due **July 6, 2005.**
Government's Responses due **August 12, 2005.**
Defendants' Replies due **September 2, 2005.**
Pretrial conference set **October 19, 2005 at 9:30 a.m.**

**SIGNED** at Houston, Texas this 26th day of April, 2005.

Nancy F. Atlas
United States District Judge